## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **JACKI PICK.** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No.  7:22-cv-00112-O |
| | § | |
| **BRADLEY JAY RAFFENSPERGER** | § | |
| | § | |
| **Defendant.** | § | |

## <u>ORDER</u>

Before the Court are Plaintiff's Unopposed Motion to Extend Time to Respond to Defendant's Motion to Dismiss (ECF No. 12), filed March 21, 2023; and the Parties' Agreed Motion for Leave to Conduct Jurisdictional Discovery (ECF No. 13), filed April 3, 2023. The Parties' Agreed Motion for Leave is hereby **GRANTED in part**. The Court declines to issue an order detailing how jurisdictional discovery is to be conducted, but the Court **SHALL** extend the deadline for Plaintiff to file a response to Defendant's Motion to Dismiss (ECF No. 8) by sixty (60) days in order to give Plaintiff time to conduct jurisdictional discovery. Plaintiff is **ORDERED** to file any response to Defendant's Motion to Dismiss on or before **June 3, 2023**.

Plaintiff's Motion to Extend Time to Respond to Defendant's Motion to Dismiss (ECF No. 12) is hereby **moot**.

**SO ORDERED** on this **4h day** of **April, 2023.**

_Reed O'Connor_
Reed O'Connor
UNITED STATES DISTRICT JUDGE