IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| JACKI PICK. § | |
| § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No.  7:22-cv-00112-O |
| § | |
| BRADLEY JAY RAFFENSPERGER § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Substitution of Counsel (ECF No. 28), filed August 9, 2023. The Motion is hereby **GRANTED**.

Accordingly, it is **ORDERED** that Matthew Sarelson, Christopher M. Halbohn, and Karin M. Sweigart of Dhillon Law Group, inc. are hereby discharged as attorneys of record for Plaintiff. Further, C. Dunham Biles and Jeremy R. Wilson, of Biles Wilson, PPLC are hereby substituted as attorneys of record for Plaintiff in the above-entitled and numbered cause. Service of all documents shall be made upon said attorneys as specified below:

- **Firm:** Biles Wilson, PLLC

- **Mailing Address:** 547 Laurence St., Suite 195, Heath, TX 75032

- **Telephone:** (972) 345-2626

- **Email for Service:** Dunham@bileswilson.com; Jeremy@bileswilson.com

**SO ORDERED** this **16th day** of **August, 2023.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**